**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KRISTA RICCI,

Plaintiff,

v.

RELIABLE CREDIT ASSOCIATION, INC.,

Defendant.

No. 2:26-cv-2906-JAM-ICD

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2. Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated: September 11, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE